IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00174-CMA-NYW

RICHARD "NIKKI" RODGERS,

    Plaintiff,

v.

JODI SINKER, Nurse 3 of CTCF, Clinical Services, and
ZUPAN, Warden CTCF, FNU,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the court on Plaintiff's Motion for Extension of Time [#29, filed July 10, 2015] and Motion to File Response to Defendants' Motion to Dismiss [#30, filed July 10, 2015]. These matters were referred to this Magistrate Judge pursuant to the Order Referring Case dated March 6, 2015 [#11] and the memorandum dated July 13, 2015 [#33].

    Defendants filed a Motion for Partial Dismissal on May 26, 2015 [#22]. By Minute Order dated June 2, 2015 [#28], this court ordered Plaintiff to file a Response on or before June 19, 2015. Plaintiff represents in the Motion for Extension of Time and Motion to File Response, which are essentially identical and request the same relief, that he was relocated to a segregation unit on June 3, 2015 and was released to general population on June 28, 2015, and was during that time unable to access pen or paper or otherwise prepare a Response. [*See* #29 and #30]. Although Plaintiff requests to have until July 31, 2015 to file a Response, she submitted a Response on July 10, 2015 [#31].

    IT IS ORDERED:

1. The Motion for Extension of Time [#29] is DENIED AS MOOT; and

2. The Motion to File Response [#30] is GRANTED.

DATED: July 14, 2015