**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00174-CMA-NYW

RICHARD "NIKKI" RODGERS,

    Plaintiff,

v.

JODI SINKER, Nurse 3 of CTCF, Clinical Services, and
ZUPAN, Warden CTCF, FNU,

    Defendants.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the court on the "Joint Stipulation to Modify Scheduling Order" (the "Motion"). [#74, filed October 29, 2015].  This matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated March 6, 2015 [#11] and the memorandum dated October 30, 2015 [#76].

    IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART:

1. The Parties shall exchange initial disclosures on or before **November 18, 2015**;

2. The deadline for joinder of parties and amendment of pleadings is extended to **December 3, 2015**;

3. The Parties shall complete all discovery by **April 13, 2016**;

4. The Parties shall file dispositive motions, if any, on or before **May 13, 2016**;

5. The Parties shall designate expert witnesses on or before **February 12, 2016**;

6. The Parties shall designate rebuttal expert witnesses on or before **March 14, 2016**; and

7. The Final Pretrial Conference set for February 18, 2016 is **VACATED** and reset for **July 7, 2016** at **9:30 a.m.** in Courtroom C-205, Second Floor, Byron G. Rogers United States

Courthouse, 1929 Stout Street, Denver, Colorado. The proposed Pretrial Order is due seven (7) days prior to the Final Pretrial Conference.

DATED: November 3, 2015